1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN JOSE PEREZ-PEREZ,                1:08-cv-00327-AWI-WMW (HC)

12          Petitioner,                    FINDINGS AND RECOMMENDATION
                                           RECOMMENDING CASE BE DISMISSED
13   vs.                                   FOR FAILURE TO PROSECUTE

14   UNITED STATES OF AMERICA,             OBJECTIONS, IF ANY, DUE IN 30 DAYS

15          Respondent.

16   _____/

17

18          Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to

19   28 U.S.C. § 2241.

20          On March 31, 2008, the Court served an order authorizing in forma pauperis status on

21   Petitioner, and on April 7, 2008, the order was returned by the U.S. Postal Service as undeliverable.

22          Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep

23   the court apprised of his or her current address at all times.  Local Rule 83-183(b) provides, in

24   pertinent part:

25          If mail directed to a Petitioner in propria persona by the Clerk is
            returned by the U.S. Postal Service, and if such Petitioner fails to
26          notify the Court and opposing parties within sixty (60) days thereafter
            of a current address, the Court may dismiss the action without
27          prejudice for failure to prosecute.

28          In the instant case, sixty (60) days have passed since Petitioner's mail was returned and he

-1-

1   has not notified the court of a current address.

2        In determining whether to dismiss an action for lack of prosecution, the court must consider

3   several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to

4   manage its docket; (3) the risk of prejudice to the respondents; (4) the public policy favoring

5   disposition of cases on their merits; and (5) the availability of less drastic alternatives.  Henderson v.

6   Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986); Carey v. King, 856 F.2d 1439 (9th Cir. 1988).  The

7   court finds that the public's interest in expeditiously resolving this litigation and the court's interest

8   in managing the docket weigh in favor of dismissal.  The court cannot hold this case in abeyance

9   indefinitely based on Petitioner's failure to notify the court of his address.  The third factor, risk of

10  prejudice to respondents, also weighs in favor of dismissal, since a presumption of injury arises from

11  the occurrence of unreasonable delay in prosecuting an action.  Anderson v. Air West, 542 F.2d 522,

12  524 (9th Cir. 1976).  The fourth factor, public policy favoring disposition of cases on their merits, is

13  greatly outweighed by the factors in favor of dismissal discussed herein.  Finally, given the court's

14  inability to communicate with Petitioner based on Petitioner's failure to keep the court apprised of

15  his current address, no lesser sanction is feasible.

16                          **RECOMMENDATION**

17        Accordingly, the court HEREBY RECOMMENDS that this action be dismissed for

18  Petitioner's failure to prosecute.

19        This Findings and Recommendation is submitted to the Honorable Anthony W. Ishii, United

20  States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304

21  of the Local Rules of Practice for the United States District Court, Eastern District of California.

22  Within thirty (30) days after being served with a copy, any party may file written objections with the

23  court and serve a copy on all parties.  Such a document should be captioned "Objections to

24  Magistrate Judge's Findings and Recommendation."  Replies to the objections shall be served and

25  filed within ten (10) court days (plus three days if served by mail) after service of the objections.

26  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The

27  parties are advised that failure to file objections within the specified time may waive the right to

28  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

1   IT IS SO ORDERED.

2   **Dated:     June 24, 2008**              /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28