IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE PEREZ-PEREZ, ) | CV F 08-0327 AWI WMW HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING |
| v. ) | FINDINGS AND |
| ) | RECOMMENDATIONS AND |
| UNITED STATES OF AMERICA, ) | DISMISSING PETITION |
| ) | |
| Respondent. ) | [Doc. 5] |
| ) | |
| _____) | |

    Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 25, 2008, the Magistrate Judge filed findings and recommendations that this action be dismissed for Petitioner's failure to prosecute.  These findings and recommendations were served on Petitioner and contained notice that any objections to the findings and recommendations were to be filed within thirty days.  Petitioner did not file objections.[1]

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

---

[1] The court notes that the copy of the findings and recommendations served on Petitioner was returned by the United States Postal Service.  Pursuant to Local Rule 83-182(f), service on a party at their address of record is fully effective.

(9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

      Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on June 25, 2008, are adopted in full;
2. The petition for writ of habeas corpus is DISMISSED for failure to prosecute;
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   September 15, 2008**            /s/ **Anthony W. Ishii**
                                               CHIEF UNITED STATES DISTRICT JUDGE